UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IRINA CHAMBERLAIN,

        Plaintiff

    v.                               C-1-09-751

CONSOLIDATED LEARNING CENTERS, INC.,

        Defendant

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 51), defendant's objections (doc. no. 52) and plaintiff's response (doc. no. 53). The Magistrate Judge recommended that defendant's Motion for Summary Judgment (doc. no. 21) be GRANTED as to plaintiff's claims for disability discrimination under the ADA and Ohio law (Counts VII, VIII) and for defamation (Count IX) and that the Motion be DENIED as to the remaining issues.

Defendant objects to the Magistrate Judge's Report and Recommendation on the grounds that his findings are contrary to law.

2

Upon a *de novo* review of the record, especially in light of defendant's objections, the Court finds that defendant's objections have either been adequately addressed and properly disposed of by the Judge or present no particularized arguments that warrant specific responses by this Court. The Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Judge.

Accordingly, the Court hereby ADOPTS the Report and Recommendation of the United States Magistrate Judge (doc. no. 51). Defendant's Motion for Summary Judgment (doc. no. 21) is GRANTED as to plaintiff's claims for disability discrimination under the ADA and Ohio law (Counts VII, VIII) and for defamation (Count IX) and the Motion is DENIED as to the remaining issues.

This case shall proceed to trial as previously scheduled by the Court.

IT IS SO ORDERED.

                                                  s/Herman J. Weber
                                            Herman J. Weber, Senior Judge
                                            United States District Court